Robert Tauler (SBN 241964)
rtauler@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (310) 590-3927

*Attorneys for Plaintiff*
*Brittney Ramirez*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY RAMIREZ, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br>vs.<br><br>INTERNET BRANDS dba WebMD.com, a California company; DOES 1 through 25, inclusive<br><br>Defendants. | Case No. 2:24-cv-04543-RGK-PD<br><br>**NOTICE OF SETTLEMENT** |

# NOTICE OF SETTLEMENT

Pursuant to Local Rule 40-2, Plaintiff Brittney Ramirez ("Plaintiff") hereby notifies this Honorable Court that the parties have reached an agreement in principle to settle this case. The parties' settlement provides for this case to be dismissed (i) with prejudice as to Plaintiff's individual claims, and (ii) without prejudice as to the class allegations. *See* Judge Virginia A. Phillips, et al., Rutter Group Prac. Guide Fed. Civ. Pro. Before Trial Ch. 10-C ¶ 10:790 (2022 ed.) ("Cases filed as purported class actions often settle without having been certified as such. The settlement agreement may provide only for the named plaintiffs' individual claims and require the class action allegations to be dismissed without prejudice. There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (emphasis in original) (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

The parties, through counsel, are working cooperatively to consummate a long-form settlement agreement. The parties anticipate filing a stipulation for dismissal within 30 days.

DATED: July 18, 2024            TAULER SMITH LLP

By:   */s/ Robert Tauler*
      Robert Tauler, Esq.
      *Attorneys for Plaintiff Brittney Ramirez*

# **CERTIFICATE OF SERVICE**

I hereby certified that I served the foregoing document on all parties of record by CM/ECF .

DATED: July 18, 2024						TAULER SMITH LLP

							By:	*/s/ Robert Tauler*
								Robert Tauler, Esq.
								*Attorneys for Plaintiff Brittney Ramirez*